UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JAMES DAVID BAKER,**

    Plaintiff,

v.                                                     Case No: 5:14-cv-660-Oc-30PRL

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY**

    Defendant.

## ORDER

This case comes before the Court for consideration of Defendant's unopposed Rule 35 Motion for Physical Examination of Plaintiff. (Doc. 25).

Plaintiff initiated this case by filing a Complaint (Doc. 1), alleging that he sustained personal injuries due to an automobile accident. Plaintiff has alleged injuries to his back, leg, and arm, and Defendant contends that an examination is necessary pursuant to Rule 35 of the Federal Rules of Civil Procedure. Specifically, Defendant proposes an independent medical examination by orthopedic physician, Jose Torres, M.D., on Tuesday, December 8, 2015 at 11:15. a.m.

Indeed, Rule 35(a)(1) of the Federal Rules of Civil Procedure provides that the court may order a party whose mental or physical condition is in controversy to submit to an examination by a suitably licensed examiner. Pursuant to Rule 35(a)((2), the Court's order may be made only on motion for good cause and on notice to all parties and the person to be examined, and "must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it."

- 2 -

Upon due consideration, and absent any objection by Plaintiff, Defendant's motion (Doc. 25) is **GRANTED**, and shall be conducted by licensed orthopedic physician Jose Torres, M.D., on Tuesday, December 8, 2015, at 11:15 a.m., at Jewett Orthopedic Clinic, 596 Ocoee Commercial Parkway, Ocoee, Florida, 34761.  The scope of the examination will be a standard orthopedic examination, including the head, neck, spine, and extremities, a taking of history, and a review of records.   The examination may also include the taking of x-rays.

**DONE** and **ORDERED** in Ocala, Florida on November 30, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties